AO 442 (Rev. 5/93) Warrant for Arrest

FILED
CLERK, DISTRICT COURT
2004 DEC 10 A 9:48
DISTRICT OF UTAH
BY: _____
DEPUTY CLERK

RECEIVED
UNITED STATES MARSHAL
'04 DEC -9 P 4:44
DISTRICT OF UTAH

# United States District Court

### DISTRICT OF

UNITED STATES OF AMERICA

v.

JOHN DAVID BARRETT

**WARRANT FOR ARREST**

2:04-CR-840 PGC

CASE NUMBER: W-04-263-M

**ORIGINAL**

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest _____ JOHN DAVID BARRETT _____
Name

and bring him or her forthwith to the nearest magistrate judge to answer a(n)

☐ Indictment  ☐ Information  ☒ Complaint  ☐ Order of court  ☐ Violation Notice  ☐ Probation Violation Petition

charging him or her with (brief description of offense)
Coercion and Enticement for Illegal Sexual Activity

in violation of
Title ___18___ United States Code, Section(s) _2422(b)_

Brooke C. Wells
Name of Issuing Officer

_Brooke C. Wells_ (signature)
Signature of Issuing Officer

United States Magistrate Judge
Title of Issuing Officer

12/9/04              SLC, Utah
Date and Location

Bail fixed at $ _____ by _____
Name of Judicial Officer

---

### RETURN

This warrant was received and executed with the arrest of the above-named defendant at _____

| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| 12/9/04 | Bryan S Snyder | BSS |
| DATE OF ARREST | FBI SA | |
| 12/7/04 | | |

This form was electronically produced by Elite Federal Forms, Inc.