PAUL M. WARNER, United States Attorney (#3389)
PAUL G. AMANN, Special Assistant United States Attorney (#6465)
5272 College Drive Suite 200
Salt Lake City, Utah 84123
Telephone: (801) 366-0196
Facsimile: (801) 366-0242

FILED
U.S. DISTRICT COURT

2005 JUL -8  A 10: 19

DISTRICT OF UTAH

BY: _____
    DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT

DISTRICT OF UTAH, CENTRAL DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No: 2:04 CR 00840 PGC |
| Plaintiff, | |
| | FELONY INFORMATION |
| vs. | |
| JOHN DAVID BARRETT, | |
| | VIO: 18 U.S.C. 2425 (Use of Interstate Facility to Transmit Information about a Minor) |
| Defendant. | |
| | JUDGE PAUL G. CASSELL |

The United States Attorney charges:

COUNT I
(18 U.S.C. 2425)

On or about December 2, 2004 through December 7, 2004, in the Central Division of the District of Utah,

JOHN DAVID BARRETT,

the defendant herein, using the mail or any facility or means of interstate or foreign

1

commerce, or within the special maritime and territorial jurisdiction of the United States, did knowingly initiate a the transmission of the name, address, telephone number, social security number, or electronic mail address of another individual, knowing that such other individual has not attained the age of 16 years, with the intent to entice, encourage, offer, or solicit any person to engage in sexual activity for which any person can be charged with a criminal offense, or attempted to do so; all in violation of Title 18, United States Code, Section 2425.

Dated this 7th day of July, 2005.

PAUL M. WARNER
United States Attorney

PAUL G. AMANN
Special Assistant United States Attorney